| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | INVOLUNTARY PETITION |
|---|---|
| IN RE:<br>**CONTINENTAL BROKER-DEALER CORP.** | All Other Names Used: |
| Soc. Sec./Tax I.D. No. (If more than one, state all.) | |
| Street Address of Debtor<br>**c/o Wexler & Bernhardt, P.C.**<br>**50 Charles Lindburgh Blvd.**<br>**Uniondale, New York 11553**<br>County of Residence or Principal Place of Business: **Nassau** | Mailing Address of Debtor<br>**c/o Wexler & Bernhardt, P.C.**<br>**50 Charles Lindburgh Blvd.**<br>**Uniondale, New York 11553** |

| Location of Principle Assets of Business Debtor (if different from previously listed addresses): |
|---|

| Chapter of Bankruptcy Code Under which Petition is Filed:    [x] Chapter 7    [ ] Chapter 11 |
|---|

| INFORMATION REGARDING DEBTOR |
|---|
| Petitioners believe<br>[ ] Debts are primarily consumer debts.<br>[x] Debts are primarily business debts.<br><br>A. Type of Business<br>[ ] Professional         [ ] Transportation<br>[ ] Commodity Broker  [ ] Retail/Wholesale<br>[ ] Manufacturing/Mining  [ ] Construction<br>[ ] Railroad           [ ] Real Estate<br>[ ] Stockholder        [X] Other<br><br>Type of Debtor<br>[ ] individual    [ ] Corporation public<br>[ ] partnership  [x] Corporation Not Public<br>[ ] other<br><br>B. Briefly Describe Nature of Business<br>The Company produces and sells vitamin and mineral products and other dietary supplements |

| VENUE |
|---|
| [X] Debtor has been domiciled or has had a residence, principal place of business or principal assets in the District of 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>[ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District. |

| PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER<br>OR AFFILIATE OF THIS DEBTOR | | |
|---|---|---|
| Name of Debtor | Case Number | Date |
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) |
|---|
| 1. [X] Petition(s) are eligible to file this petition pursuant to 11 U.S.C. §303(b).<br>2. [X] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code<br>3a. [X] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;<br>Or<br>3b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property was appointed or took possession. |

Name of Debtor: Continental Broker-Dealer Corp.
Case No.

## TRANSFER OF CLAIM

[ ] Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that in order for relief entered against the debtor under the chapter of the title 11, United States Code, specified in this petition.
Petitioner(s) declare under penalty of perjury that the foregoing is true & correct according to the best of their knowledge information & belief.

Signature of Petitioner or Representative (State title)

Name of Petitioner: Treeline Mineola, LLC   Date Signed

Name & Address of Individual Signing in Representative Capacity
Treeline Mineola, LLC
By: Treeline Mineola Corp., its Managing Member
200 Garden City Plaza, Suite 325
Garden City, New York 11530
By: C. Glenn Schor, President

Signature of Attorney
Name of Attorney Firm
Address
City and State
Telephone Number

---

Signature of Petitioner or Representative (State title)

Name of Petitioner: GE Capital   Date Signed

Name & Address of Individual Signing in Representative Capacity
GE Capital
1010 Thomas Edison Blvd., Southwest
Cedar Rapids, Iowa 52404
By: Traci Hauser, Litigation Specialist

Signature of Attorney
Name of Attorney Firm
Address
City and State
Telephone Number

---

Signature of Petitioner or Representative (State title)

Name of Petitioner: Heartland Business Credit   Date Signed

Name & Address of Individual Signing in Representative Capacity
Heartland Business Credit
390 Union Boulevard
Suite 600
Lakewood, Colorado 80228
By: Lawrence White

Signature of Attorney
Name of Attorney Firm
Address
City and State
Telephone Number

## PETITIONING CREDITORS

| Name & Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Treeline Mineola, LLC, 200 Garden City Plaza, Suite 325, Garden City, NY 11530 | Unsecured Claim | $4,752,787.20, plus interest, atty's fees and other amounts due |
| GE Capital, 1010 Thomas Edison Blvd., Southwest, Cedar Rapids, Iowa 52401 | Unsecured Claim | $96,278.36, plus interest, atty's fees and other amounts due |
| Heartland Business Credit, 390 Union Blvd., Suite 600, Lakewood, Colorado 80228 | Unsecured Claim | $320,212.97, plus interest, atty's fees and other amounts due |

Name of Debtor: Commercial Broker Dealer Corp.
Case No.

## TRANSFER OF CLAIM

[ ] Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that in order for relief entered against the debtor under the chapter of the title 11, United States Code, specified in this petition.
Petitioner(s) declare under penalty of perjury
that the foregoing is true & correct according
to the best of their knowledge information & belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney |
|---|---|
| Name of Petitioner    Date Signed<br>**Treeline Mineola, LLC** | Name of Attorney Firm |
| Name & Address of Individual Signing<br>in Representative Capacity<br>**Treeline Mineola, LLC**<br>**By: Treeline Mineola Corp., its Managing Member**<br>**200 Garden City Plaza, Suite 325**<br>**Garden City, New York 11530**<br>**By: C. Glenn Schor, President** | Address<br><br>City and State<br><br>Telephone Number |

Signature of Petitioner or Representative (State title)
*/s/ Traci Hamer*    8/18/2004

Name of Petitioner    Date Signed
**GE Capital**

Name & Address of Individual Signing
in Representative Capacity
**GE Capital**
**1010 Thomas Edison Blvd., Southwest**
**Cedar Rapids, Iowa 52404**
**By: Traci Hamer, Litigation Specialist**

Signature of Attorney

Name of Attorney Firm

Address

City and State

Telephone Number

Signature of Petitioner or Representative (State title)

Name of Petitioner    Date Signed
**Heartland Business Credit**

Name & Address of Individual Signing
in Representative Capacity
**Heartland Business Credit**
**390 Union Boulevard**
**Suite 600**
**Lakewood, Colorado 80288**
**By: Lawrence White**

Signature of Attorney

Name of Attorney Firm

Address

City and State

Telephone Number

### PETITIONING CREDITORS

| Name & Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Treeline Mineola, LLC, 200 Garden City Plaza, Suite 325, Garden City, NY 11530 | Unsecured Claim | $4,752,787.20, plus interest, atty's fees and other amounts due |
| GE Capital, 1010 Thomas Edison Blvd., Southwest Cedar Rapids, Iowa 52404 | Unsecured Claim | $96,278.36, plus interest, atty's fees and other amounts due |
| Heartland Business Credit 390 Union Blvd., Suite 600 Lakewood, Colorado 80228 | Unsecured Claim | $320,212.97, plus interest, atty's fees and other amounts due |

Name of Debtor: Continental Broker Dealer Corp.
Case No._____

| TRANSFER OF CLAIM |
|---|
| [ ] Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that in order for relief entered against the debtor under the chapter of the title 11, United States Code, specified in this petition.
Petitioner(s) declare under penalty of perjury that the foregoing is true & correct according to the best of their knowledge information & belief.

Signature of Petitioner or Representative (State title)

Signature of Attorney

Name of Petitioner          Date Signed
**Treeline Mineola, LLC**

Name of Attorney Firm

Name & Address of Individual Signing
in Representative Capacity
**Treeline Mineola, LLC**
**By: Treeline Mineola Corp., its Managing Member**
**200 Garden City Plaza, Suite 325**
**Garden City, New York 11530**
**By: C. Glenn Schor, President**

Address

City and State

Telephone Number

Signature of Petitioner or Representative (State title)

Signature of Attorney

Name of Petitioner          Date Signed
**GE Capital**

Name of Attorney Firm

Name & Address of Individual Signing
in Representative Capacity
**GE Capital**
**1010 Thomas Edison Blvd., Southwest**
**Cedar Rapids, Iowa 52404**
**By: Traci Hamer, Litigation Specialist**

Address

City and State

Telephone Number

Signature of Petitioner or Representative (State title)
/s/ Lawrence White   8-19-2004
Name of Petitioner          Date Signed
**Heartland Business Credit**

Signature of Attorney

Name of Attorney Firm

Name & Address of Individual Signing
in Representative Capacity
**Heartland Business Credit**
**390 Union Boulevard**
**Suite 600**
**Lakewood, Colorado 80288**
**By: Lawrence White**

Address

City and State

Telephone Number

### PETITIONING CREDITORS

| Name & Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Treeline Mineola, LLC, 200 Garden City Plaza, Suite 325, Garden City, NY 11530 | Unsecured Claim | $4,752,787.20, plus interest, atty's fees and other amounts due |
| GE Capital, 1010 Thomas Edison Blvd., Southwest Cedar Rapids, Iowa 52404 | Unsecured Claim | $96,278.36, plus interest, atty's fees and other amounts due |
| Heartland Business Credit 390 Union Blvd., Suite 600 Lakewood, Colorado 80228 | Unsecured Claim | $320,212.97, plus interest, atty's fees and other amounts due |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
IN RE:

CONTINENTAL BROKER-DEALER CORP.,

                      Debtor.
----------------------------------------X

The undersigned hereby appoints Westerman Ball Ederer Miller & Sharfstein, LLP as its agent and attorney in fact for purposes of filing this involuntary petition in bankruptcy against Continental Broker-Dealer Corp.

Dated: August __, 2004

                                                    Treeline Mineola, LLC
                                                    By: Treeline Mineola Corp.,
                                                    its Managing Member

                                                   By: _____
                                                   Name: C. Glenn Schor
                                                   Title: President

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X
IN RE:

**CONTINENTAL BROKER-DEALER CORP.,**

                            Debtor.
-------------------------------------X

        The undersigned hereby appoints Westerman Ball Ederer Miller & Sharfstein, LLP as its agent and attorney in fact for purposes of filing this involuntary petition in bankruptcy against Continental Broker-Dealer Corp.

Dated:   August   , 2004

                                              GE Capital

                                              By: _____
                                              Name: Traci Hamer
                                              Title: Litigation Specialist

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X
IN RE:

**CONTINENTAL BROKER-DEALER CORP.,**

          Debtor.
-----------------------------------------X

  The undersigned hereby appoints Westerman Ball Ederer Miller & Sharfstein, LLP as its agent and attorney in fact for purposes of filing this involuntary petition in bankruptcy against Continental Broker-Dealer Corp.

Dated: August , 2004

               **HEARTLAND BUSINESS CREDIT**

               By: *Larry K. White*
               Name: ~~Lawrence White~~ Larry K. White
               Title: President/CEO