ZEICHNER ELLMAN & KRAUSE LLP
*Attorneys for Richard L. Stern,*
  *the Chapter 7 Trustee for the Estate of*
  *Continental Broker-Dealer Corp.*
575 Lexington Avenue
New York, NY 10022
Telephone (212) 223-0400
Telecopy (212) 753-0396
Nathan Schwed, Esq. (NS-2683)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Case No. 04-85318-511 |
| CONTINENTAL BROKER-DEALER CORP., | Chapter 7 |
| Debtor. | **ORDER** |

         Upon the application (the "Application") of Richard L. Stern, Chapter 7 Trustee (the "Trustee") for Continental Broker-Dealer Corp. (the "Debtor"), by his attorneys, Zeichner Ellman & Krause LLP, and sufficient cause appearing therefore, it is

         **ORDERED**, that the Trustee is hereby authorized, pursuant to Bankruptcy Rule 2004, to conduct the examination of Gregory Hasho ("Hasho") with respect to the acts, conduct, property, liabilities and financial condition of the Debtor, or to any matter which may affect the administration of the Debtor's estate; and it is further

         **ORDERED**, that Hasho shall appear for an examination to be conducted by the Trustee's counsel commencing on a date and time selected by the Trustee's counsel in their sole discretion, so long as it is a business day which is not a legal holiday during the

regular workweek (such date to be set forth in a letter to be delivered to Hasho by hand or overnight mail), and continuing from business day to business day thereafter or otherwise in the sole discretion of the Trustee's counsel until the examination is fully concluded, at the Law Offices of Zeichner Ellman & Krause LLP, 575 Lexington Avenue, New York, New York 10022 ("ZEK"); provided that:

> a. No subpoena will be required to be served on Hasho to compel his ~~production of documents or~~ examination conducted hereunder, nor shall witness and travel fees be paid or be payable to him; instead, service of the Order by personal delivery or overnight mail upon Hasho shall be good and sufficient service to compel Hasho's ~~production of documents referred to herein and his~~ appearance at examinations conducted hereunder; and
>
> b. An affidavit of such service shall be filed with the Court as soon as practicable following the completion of such service;

and it is further

**ORDERED**, that at least five (5) days before the scheduled examination, Hasho shall make available for inspection and photocopying by the Trustee and/or his counsel, at the offices of ZEK at or before 10:00 a.m. on that day, any and all documents in Hasho's possession or subject to his control that constitute, reflect or relate to any property, liabilities, financial condition, acts or conduct of the Debtor during the period of January 1, 2000 to the present date; and it is further

**ORDERED**, that within seven (7) days after his receipt of this order, Hasho shall deliver to ZEK, Attention: Nathan Schwed, Esq., a written statement setting forth an address for service of process, which address shall continue to be valid for service of process

by the Trustee upon Hasho unless and until Hasho delivers to ZEK written notice of a change of address for service of process.

Dated: ~~New York~~, Central Islip, New York
May 18, 2006

                                        */s/ **Melanie L. Cyganowski**___*
                                    HONORABLE MELANIE L. CYGANOWSKI
                                    Chief United States Bankruptcy Judge